**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM, <br><br> Plaintiff, <br><br> v. <br><br> J. ALEXANDER'S HOLDINGS, INC., LONNIE J. STOUT II, RAYMOND R. QUIRK, DOUGLAS K. AMMERMAN, TIMOTHY T. JANSZEN, FRANK R. MARTIRE, RONALD B. MAGGARD, SR., and CARL J. GRASSI, <br><br> Defendants. | Case No. 1:21-cv-04740-PKC-PK |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Todd Augenbaum voluntarily dismisses his claims against all Defendants in the above-captioned action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 23, 2021

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By:  */s/*  Michael J. Klein
      Michael J. Klein
      450 7th Avenue, 38th Fl.
      New York, NY 10123
      Telephone: (212) 279-5050
      Facsimile: (212) 279-3655
      Email: mklein@aflaw.com

*Attorneys for Plaintiff*